IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

UNITED STATES OF AMERICA

VERSUS                                         CRIMINAL NO. 1:12cr79WJG-RHW-1

ALBERT CRAFT, JR.

## FINAL ORDER OF FORFEITURE

THIS CAUSE comes before the Court on the motion [49] of the United States of America [United States] for a Final Order of Forfeiture regarding certain property of Defendant Albert Craft Jr. The Court, being familiar with this cause and having reviewed the United States' motion, finds as follows:

The Court entered its Preliminary Order of Forfeiture on March 21, 2013, (Ct. R., Doc. 41), ordering Defendant Albert Craft, Jr., to forfeit the following personal property:

One Ruger .357 magnum revolver, bearing Serial Number 15208475.

The United States caused to be published via the internet at www.forfeiture.gov notice of this forfeiture and of the intent of the United States to dispose of the property in accordance with the law and as specified in the Preliminary Order of Forfeiture, and further notifying all third parties of their right to petition the Court within 30 days for a hearing to adjudicate the validity of their alleged legal interest in the property. As of the date of the United States' filing of its motion for a Final Order of Forfeiture, no other potential claimants were known, nor has any timely claim been filed.

The Court finds that Defendant had an interest in the above described property that is subject to forfeiture pursuant to Title 18 U.S.C. § 924(d)(1). Therefore, it is,

ORDERED AND ADJUDGED that the United States' motion [49] for a Final Order of Forfeiture be, and is hereby, granted. It is further,

ORDERED, ADJUDGED AND DECREED that the following personal property of Defendant is hereby forfeited to the United States pursuant to Title18, United States Code, § 924(d)(1):

One Ruger .357 magnum revolver, bearing Serial Number 15208475.
It is further,

ORDERED, ADJUDGED AND DECREED that all right, title and interest to the property described above is hereby condemned, forfeited, and vested in the United States of America, and shall be disposed of according to law. It is further,

ORDERED AND ADJUDGED that the United States District Court shall retain jurisdiction in the case for the purpose of enforcing this order.

SO ORDERED, ADJUDGED, AND DECREED this 11th day of June, 2013.

*Walter J. Gex III*
UNITED STATES SENIOR DISTRICT JUDGE